**Order entered November 30, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01224-CV

**GLOBAL TEL\*LINK CORPORATION, Appellant**

**V.**

**SECURUS TECHNOLOGIES, INC., Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-05352**

## ORDER

Before the Court is appellee's November 23, 2016 unopposed motion for an extension of time to file briefs. We **GRANT** appellee's motion.

We **ORDER** appellee to file its brief on or before December 16, 2016.

We **ORDER** appellant to file its reply brief on or before January 5, 2017.

/s/  ELIZABETH LANG-MIERS
JUSTICE